UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DEBORAH LAUFER, Individually** | : |
| **Plaintiff(s),** | : Case No. 1:20-cv-00471-LJV |
| v. | : |
| MAUNI, INC, | : |
| **Defendant.** | : |

### NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and her counsel hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant.

Dated: October 7, 2020

/s/ Jonathan E. Staehr
Jonathan E. Staehr, Esq.
Of Counsel to Thomas B. Bacon, P.A.
2805 Wehrle Drive, Ste. 13
Williamsville, NY 14221
Phone No. 716.631.7250
Fax No.: 716.929.3333
jstaehr@roadrunner.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2020, I electronically filed the foregoing Notice of Dismissal pursuant to F.R.C.P. 41(a)(1)(A)(i) with the Clerk of the Court by using the CM/ECF System, which sent notice of such filings to all parties.

/s/ Jonathan E. Staehr
Jonathan E. Staehr, Esq.